\*\*E-Filed 7/21/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GILBERT V. SENOT and ALICIA D. SENOT,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA; WELLS FARGO HOME FINANCE; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case Number 11-CV-02506-JF<br><br>ORDER[1] GRANTING MOTION TO DISMISS, TERMINATING AS MOOT MOTION TO STRIKE<br><br>[re: docket nos. 13, 14] |

On June 2, 2011, Defendants filed motions to dismiss and to strike Plaintiffs' complaint. Opposition to the motions was due on June 23, 2011. Plaintiffs have not filed an opposition nor have they sought an extension of time in order to do so. The motion to dismiss appears to be well-taken. Accordingly, the motion will be granted, with leave to amend. Any amended pleading must be filed within thirty (30) days.

---

[1] This disposition is not designated for publication in the official reports.

## IV.  ORDER

Good cause therefor appearing, its is hereby ordered that the motion to dismiss is granted. The motion to strike is terminated as moot.

DATED: July 21, 2011

_____
JEREMY FOGEL
United States District Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GILBERT V. SENOT and ALICIA D. SENOT,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA; WELLS FARGO HOME FINANCE; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case Number 11-CV-02506-JF<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

On July 21, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Gilbert V Senot
1780 E. Middle Avenue
San Martin, CA 95046

Alicia D Senot
1780 E. Middle Avenue
San Martin, CA 95046

DATED:   July 21, 2011

For the Court
Richard W. Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk

3

Case No. 11-CV-02506-JF
ORDER GRANTING MOTION TO DISMISS, TERMINATING AS MOOT MOTION TO STRIKE
(JFLC3)