**E-Filed 9/15/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILBERT V. SENOT and ALICIA D. SENOT, | Case Number 5:11-cv-02506-JF |
| Plaintiff, | ORDER[1] DISMISSING ACTION WITH PREJUDICE |
| v. | |
| WELLS FARGO BANK, NA, et al., | |
| Defendants. | |

On July 21, 2011, the Court dismissed the complaint in this action for failure to state a claim upon which relief may be granted. The Court granted Plaintiffs thirty days within which to file an amended pleading. Plaintiffs did not file an amended pleading within the time provided. Accordingly, the action is hereby DISMISSED WITH PREJUDICE.

Dated: 9/15/2011

JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:11-cv-02506-JF
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC2)

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GILBERT V. SENOT and ALICIA D. SENOT,<br><br>    Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, NA, et al.,<br><br>    Defendants. | Case Number 5:11-cv-02506-JF<br><br>CERTIFICATE OF SERVICE |

   I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

   On July 21, 2011, I served a true and correct copy of the attached document to each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Gilbert V Senot
Alicia D Senot
1780 E. Middle Avenue
San Martin, CA 95046

DATED:  9/15/2011

For the Court
Richard W. Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk

2

Case No. 5:11-cv-02506-JF
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC2)